# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lake, Simeon T. | United States District Court | 04/22/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 515 Rusk Avenue, Room 9535 <br> Houston, Texas 77002 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 APR 30 A 10: 11
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Lake_Simeon_L

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/22/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/22/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property #1-Houston, TX | B | Rent | M | W | | | | | |
| 2. rental property #2-Houston, TX | B | Rent | L | W | | | | | |
| 3. rental property #3-Houston, TX | B | Rent | L | W | | | | | |
| 4. rental property #4-Houston, TX | A | Rent | N | W | | | | | |
| 5. property, Washington Cnty, TX | A | Rent | M | W | | | | | |
| 6. J.P. Morgan Chase | A | Interest | J | T | | | | | |
| 7. Exxon Common Stock | E | Dividend | P1 | T | | | | | |
| 8. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 9. Royalty Interest, Washington County, Texas | D | Royalty | K | W | | | | | |
| 10. Merrill Lynch Money Mkt Acct (IRA) | A | Interest | K | T | | | | | |
| 11. AT&T Inc. Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 12. Novartis ADR (IRA) | B | Dividend | L | T | | | | | |
| 13. IBM Corp. Common Stock (IRA) | B | Dividend | L | T | | | | | |
| 14. General Electric Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 15. Intel Corp. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 16. Syngenta AG ADR (IRA) | A | Dividend | J | T | | | | | |
| 17. Nestle Corp. ADR (IRA) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/22/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dr. Reddy's Lab ADR (IRA) | A | Dividend | K | T | | | | | |
| 19. Freds, Inc. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 20. Johnson & Johnson Inc. Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 21. Procter & Gamble Inc Common Stock (IRA) | B | Dividend | L | T | | | | | |
| 22. Washington Mutual Inc. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 23. Microsoft Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 24. Air Transport Services Group, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 25. McCormick Inc. Non-Voting (IRA) | A | Dividend | K | T | | | | | |
| 26. Pfizer Inc. Common Stock (IRA) | A | Dividend | K | T | Buy | 10/21 | K | | |
| 27. 3M Company (IRA) | A | Dividend | K | T | | | | | |
| 28. Trust #1 | | | | | | | | | |
| 29. --AT&T Common Stock | B | Dividend | | | Sold | 10/22 | K | D | |
| 30. --XCEL Energy, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 31. --Walgreen Co. Common Stock | A | Dividend | K | T | | | | | |
| 32. --Hewlett Packard Co. Common Stock | A | Dividend | L | T | | | | | |
| 33. --Merrill Lynch Money Market Acct | A | Dividend | J | T | | | | | |
| 34. --Southwest Airlines Common Stock | A | Dividend | K | T | Sold (part) | 10/31 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/22/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Apple Computer Inc. Common Stock | | None | L | T | | | | | |
| 36. --Agilent Tech., Inc. Common Stock | | None | | | Sold | 10/22 | J | A | |
| 37. --Bristol Myers Squib Co. Inc. Common Stock | B | Dividend | K | T | | | | | |
| 38. --Pfizer Inc. Common Stock | B | Dividend | K | T | | | | | |
| 39. --Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 40. --Johnson & Johnson Co. Common Stock | A | Dividend | K | T | | | | | |
| 41. --Starbucks Corp. | | None | | | Sold | 10/31 | J | A | |
| 42. Merrill Lynch Money Fund | C | Dividend | K | T | | | | | |
| 43. AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 44. Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 45. Trust #2 | | | | | | | | | |
| 46. --Exxon Corp. Common Stock | F | Dividend | P1 | T | | | | | |
| 47. --Merrill Lynch Money Fund | A | Dividend | J | T | | | | | |
| 48. --Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 49. --General Electric Common Stock | B | Dividend | J | T | | | | | |
| 50. Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 51. Nokia Corp. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo & Co. Common Stock | B | Dividend | J | T | Sold (part) | 12/12 | J | A | |
| 53. Kellog Co. Common Stock | A | Dividend | K | T | | | | | |
| 54. Hospira Inc. Common Stock | | None | J | T | | | | | |
| 55. Procter & Gamble, Inc. | A | Dividend | K | T | Buy | 05/28 | J | | |
| 56. Bank of Texas Account | A | Interest | J | T | | | | | |
| 57. Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 58. Fidelity Municipal Money Mkt a/c | A | Interest | J | T | | | | | |
| 59. I shares Global Financials Sector Index | A | Dividend | J | T | | | | | |
| 60. I shares S&P Global Telecom Sector Index | A | Dividend | J | T | | | | | |
| 61. Kraft Foods | A | Dividend | J | T | | | | | |
| 62. I shares Pacific Ex Japan Index | A | Dividend | J | T | | | | | |
| 63. I shares FTSE China 25 Index | A | Dividend | J | T | | | | | |
| 64. I shares Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |
| 65. I shares S&P Latin Amer 40 Index | A | Dividend | J | T | | | | | |
| 66. I shares Global Materials Index | A | Dividend | J | T | | | | | |
| 67. I shares S&P Metals & Mining ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/22/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION VII

PAGE 5

Line 24 -- Name change: ABX Air Inc. [was page 5, line 26 on the 2007 report] is now Air Transport Services Group, Inc.

Line 26 -- Pfizer Inc. Common Stock (IRA) is a new entry.

PAGE 7

Line 52 -- Wachovia Corp. [page 7, line 57 on 2007 report) has been acquired by Wells Fargo & Co.

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T. | 04/22/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544